UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:16-cr-00017-GFVT-MAS |
| v. | ) ) ) | |
| PHILLIP BRADLEY WARMOUTH, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition as to a Reported Violation of Supervised Release filed by United States Magistrate Judge Matthew A. Stinnett. [R. 90.]  The recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review.  *Id.* at 6.  The Defendant has not objected and the time to do so has passed.  The Defendant has filed a waiver of his right of allocution.  [R. 93.]

Upon review, the Court is satisfied that Defendant Warmouth knowingly and competently stipulated to the charged violation and that an adequate factual basis supports the stipulation as to each essential element of the violation charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommended Disposition **[R. 90]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Phillip Bradley Warmouth is **ADJUDGED** guilty of the Violation; and

3. The Defendant's supervisory period is **REVOKED** with a term of incarceration of thirty days, with no additional supervision upon release.

This the 5th day of March, 2024.

Gregory F. Van Tatenhove
United States District Judge